472 A.2d 255

First Nat. Bank Honey Brook v. Bingaman, Appellant.

Argued October 18, 1983. John J. Duffy, for appellant; Robert S. Gawthrop, Jr., for appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

Affirmed.

472 A.2d 255

Zell v. Zell, Jr., Appellant.

Argued September 6, 1983. Mary McNeill Zell, for appellant; Elaine Smith, for appellee.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Affirmed.